IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW DAVID GOLIE,<br><br>Defendant. | CR 21–27–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 37.) The operative indictment in this case contains a forfeiture allegation, and on December 20, 2021, Mr. Golie was adjudged guilty as charged in that indictment. This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that Mr. Golie's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 924(d):

- Rock Island Armory M1911 .45 caliber handgun (serial number RIA1106204) with accompanying magazine and 4 rounds of .45 caliber ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and

the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law.

    IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

    IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and the foregoing preliminary order of forfeiture is incorporated into any judgment issued against Mr. Golie, pursuant to Rule 32.2(b)(4)(A)–(B) of the Federal Rules of Criminal Procedure.

the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law.

    IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

    IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and the foregoing preliminary order of forfeiture is incorporated into any judgment issued against Mr. Golie, pursuant to Rule 32.2(b)(4)(A)–(B) of the Federal Rules of Criminal Procedure.

DATED this 22nd day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court