IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW DAVID GOLIE, <br><br> Defendant. | CR 21–27–M–DLC <br><br><br> ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 49.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d); Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on December 22, 2021. (Doc. 40). Defendant Andrew Golie's interest in the firearm was forfeited to the United States.

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by Rule 32.2, Federal Rules of Criminal Procedure. (Docs. 43, 43-1).

4. A valid Petition for return of the firearm was filed by David Golie on February 23, 2022. (Doc. 45). The parties have executed a Stipulation for return

1

of the firearm, magazine, and ammunition to David Golie.  (Doc 48).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

Accordingly, IT IS ORDERED that the Motion for Final Order of Forfeiture (Doc. 49) is GRANTED as it related to Defendant Andrew Golie.  The Defendant's interest in the property, if any, is forfeited to the United States.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure:

- Rock Island Armory M1911 .45 caliber handgun (serial number RIA1106204) with accompanying magazine and 4 rounds of .45 caliber ammunition.

IT IS FURTHER ORDERED that the United States shall return the above firearm, magazine and ammunition to the registered owner, David Golie.

DATED this 8th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court