IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-27-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| ANDREW DAVID GOLIE, | |
| Defendant. | |

On June 28, 2024, Defendant Andrew David Golie appeared before the Court on the issue of his detention or release. Defendant advised the Court that he has a bed date at Rimrock Foundation. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant shall be released from detention no later than 7 a.m. on July 15th to be transported to Rimrock Foundation. Defendant shall be transported by his mother.

//

//

//

//

1

IT IS FURTHER ORDERED that counsel for Defendant shall inform the Court of Defendant's release date so that the Court may set a status conference on the issue of Defendant's continued release.

DATED this 28th day of June, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge