IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–27–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW DAVID GOLIE, | |
| Defendant. | |

Before the Court is the United States' unopposed motion to dismiss amended petition. (Doc. 90.) Through the motion, the United States request that the Court dismiss the pending amended petition to revoke in the above-captioned matter. (*Id.* at 1–2.) Defendant does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 90) is GRANTED.

IT IS FURTHER ORDERED that the amended petition (Doc. 84) is DISMISSED.

DATED this 12th day of July, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1