IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW DAVID GOLIE,<br><br>Defendant. | CR 21–27–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant's motion for reconsideration/amended judgment. (Doc. 109.) Through the motion, Defendant requests that the Court issue an amended judgment releasing him from custody to spend the remainder of his custodial sentence at a treatment facility. (*Id.* at 2.)

The Court has no objection to Defendant participating in inpatient treatment once he has completed his custodial obligation to the Court. However, the Court declines Defendant's request to amend the previously imposed sentence.

Accordingly, IT IS ORDERED that the motion (Doc. 109) is DENIED.

DATED this 25th day of September, 2024.

Dana L. Christensen, District Judge
United States District Court