IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–27–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW DAVID GOLIE, | |
| Defendant. | |

Before the Court is Defendant's Motion for Treatment. (Doc. 136.) Through the Motion, Defendant requests that the Court release Defendant to in-patient treatment on March 31, 2025. (*Id.* at 1.) The United States and the United States Probation Office both oppose the Motion. (*Id.* at 2–3.) While the Court commends Defendant's decision to seek treatment, Defendant must first appear in front of this Court on the pending Petition for Revocation of Supervised Release.

Accordingly, IT IS ORDERED that the Motion (Doc. 136) is DENIED.

DATED this 27th of March, 2025.

Dana L. Christensen, District Judge
United States District Court

1