IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–27–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW DAVID GOLIE, | |
| Defendant. | |

Before the Court is the government's motion for witness to testify by video at revocation hearing. (Doc. 140.) Through the motion, the government moves the Court to allow Dr. Leo Kadehjian to testify by Zoom at the final revocation hearing scheduled for April 17, 2025 at 10:30 a.m. (*Id.* at 2.) Defendant opposes the motion. (*Id.*)

Dr. Leo Kadehjian has appeared remotely in this Court many times, and the Court finds no issue in allowing his remote testimony in this matter. Of course, Defendant will have the opportunity to cross examine Dr. Kadehjian, should he wish to do so.

Accordingly, IT IS ORDERED that the motion (Doc. 140) is GRANTED. Dr. Leo Kadehjian may testify via Zoom at the final revocation hearing on April

1

17, 2025.

DATED this 14th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court